**Order entered May 11, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01360-CR

**JUSTIN ROBERT BOYCE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 063963**

## ORDER

The Court **GRANTS** appellant's May 5, 2016 motion to substitute counsel. Gary A.

Udashen is substituted for Robert E. L. Richardson as appellant's counsel of record.

We **DIRECT** the Clerk to send all correspondence to Gary A. Udashen; Sorrels, Udashen

& Anton; 2311 Cedar Springs Road; Suite 250; Dallas, Texas 75201; telephone: (214) 468-8100;

facsimile: (214) 468-8104; email: gau@sualaw.com.


/s/      LANA MYERS
            JUSTICE